UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                                                               Case No. 2:20-cr-27

EUGENE PAUL LOONSFOOT, SR.,                  HON. JANET T. NEFF

    Defendant.
    _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On June 16, 2021, Defendant filed a Motion to Suppress Coerced Statement (ECF No. 71). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 16, 2021 (ECF No. 91), recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 91) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion to Suppress Coerced Statement (ECF No. 71) is DENIED for the reasons set forth in the Report and Recommendation.


Dated: August 31, 2021                                                 /s/ Janet T. Neff
                                                                             JANET T. NEFF
                                                                             United States District Judge